# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DANIEL WARREN,**

    *Plaintiff,*

  **v.**

**ANDREA E. NAUGLE,**

    *Defendant.*

**CIVIL ACTION NO. 18-4921**

## ORDER

**AND NOW**, this 6th day of December 2019, upon consideration of Defendant Andrea E. Naugle's Motion to Dismiss for Failure to State a Claim [Doc. No. 14], Plaintiff's response thereto [Doc. No. 27], Plaintiff's Motion for Judicial Notice [Doc. No. 26], and for the reasons discussed in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Motion for Judicial Notice is **DENIED** as stated. The Court construed the facts alleged in the Complaint as true for purposes of the Motion to Dismiss.
2. The Motion to Dismiss is **GRANTED** as follows:
    a. All federal claims against Defendant Naugle are **DISMISSED WITH PREJUDICE**.
    b. The Court declines to exercise supplemental jurisdiction over Plaintiff's state claims. Accordingly, all state claims against Defendant Naugle are **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk is directed to **CLOSE** this case.

It is so **ORDERED.**

                                              **BY THE COURT:**

                                              **/s/ Cynthia M. Rufe**

                                              _____

                                              **CYNTHIA M. RUFE, J.**